Case 1:24-mj-00381-MJS    Document 1-1    Filed

Case: 1:24-mj-00381
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 12/11/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On December 10, 2024, law enforcement executed a federal search warrant at XXXX XX XXXXXX XX, XXXXXXXX XXX, XXXXXXXXXX XX., XXXXX("PREMISES-1").

Upon their arrival, law enforcement conducted a knock and announce at PREMISES-1. Located within PREMISES-1 was LACROIX FLOYD and a female, who identified as FLOYD's friend. As law enforcement entered, FLOYD was observed emerging from the back of the apartment where two bedrooms were located. Pursuant to the aforementioned search warrant, from PREMISES-1, law enforcement seized three firearms, a white powdery substance (which field tested positive for Fentanyl and weighed by the FBI to be approximately 213 grams), and a white rock like substance (which field tested positive for cocaine base and weighed by the FBI to be approximately 22 grams).

In one of the two back bedrooms, there was mail matter belonging to FLOYD, and clothing consistent with that worn by FLOYD observed by law enforcement on multiple occasions during surveillance. Items recovered from this bedroom included:

- One Glock 26, bearing Serial No. HGH825, which had a chambered 9mm round of ammunition, along with 17 additional rounds of 9mm ammunition in the magazine, located within the pocket of a pair of tan shorts (which appeared to the same shorts law enforcement observed FLOYD wearing on July 31, 2024). Also located within the same shorts as the Glock 26, was a small rock like substance in a clear twist, which field tested positive for cocaine base, and weighed by the FBI to be approximately 22 grams. In the same shorts, law enforcement recovered a white powder like substance in clear twist, which field tested positive for Fentanyl, and weighted by the FBI to be approximately 63 grams.
- Located in the closet of the same bedroom was a 12 Gauge Remington 870 Express Magnum Shotgun, bearing Serial No. A291180M.
- Located within a black backpack on the bedroom floor were two clear twists containing a white powder like substance which field tested positive for Fentanyl and weighed by the FBI to be approximately 150 grams. In the same backpack, there were red zip baggies believed to be used for distribution of drugs. Additionally, there were two extended magazines with ammunition (one containing 26 rounds of 9mm ammunition and the other 38 rounds of 9mm ammunition), along with five empty magazines.

Located within the living room to the apartment was FLOYD's United States of America Passport, as well as two digital scales with white powder residue.

Located within the utility room was a Glock 23c, .40 caliber handgun, bearing Serial No. DMT166, with one round of ammunition chambered and 12 additional rounds of .40 caliber ammunition in the magazine. The Glock 23c was reported stolen out of Columbia, South Carolina.

Located on FLOYD's person were keys to PREMISES-1, a driver's license, and a de minimis amount of cash.

During a custodial interview, FLOYD admitted that he had keys to PREMISES-1. The identified female was located in the second bedroom and denied knowledge of the firearms and narcotics found in FLOYD's bedroom.

PREMISES-1 has no legal leaseholder or tenant and FLOYD appears to have been illegally residing in PREMISES-1. Prior to the execution of the search warrant, between October 30, 2024, and November 5, 2024, law enforcement installed an interior hallway video camera outside the entryway of PREMISES-1. Between these dates, agents observed FLOYD enter the apartment with keys on numerous occasions. FLOYD's cell site location data from his cellular provider consistently placed him in the general vicinity of PREMISES-1, including overnight stays in the month leading up to December 10, 2024.

A criminal records check reveals that FLOYD was previously convicted of an offense punishable by a term exceeding one year of imprisonment, specifically in United States District Court for the District of Columbia, Case No. 12-cr-209, in which he was sentenced to a term of imprisonment of 151 months. Accordingly, he knows he was previously convicted of a crime punishable by a term of imprisonment for more than one year. There are no firearms or ammunitions manufacturers or distributers in the District of Columbia. Accordingly, the firearms and ammunition seized in this case traveled in or affected interstate or foreign commerce.

Based on the above stated facts, your affiant submits that probable cause exists to charge FLOYD with 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm/Ammunition by Prohibited Person), 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of Drug Trafficking), and 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) (Possession with Intent to Distribute 40 Grams or More of Fentanyl).

Your affiant has not provided every fact known to him during the investigation, but facts sufficient to establish probable cause.

SPECIAL AGENT AUGUSTUS KORKOYA
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of December, 2024.*

MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE